IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 1:23-mc-00120-SBP

IN RE:

23-DEA-701137, KM-23-0013, $234,823.00 United States currency; and

23-DEA-705472, KM-23-0039, $11,922.00 United States currency.

---

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE COMPLAINT FOR FORFEITURE**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to 18 U.S.C. § 983(a)(3)(A), moves the Court to extend the time in which the United States is required to file a civil forfeiture action to February 29, 2024. The following assets are subject to potential forfeiture:

a.  $234,823.00 United States currency; and

b.  $11,922.00 United States currency.

In support of this Motion, the United States states:

1. Claimants, Plaintiffs in the civil action, *Howard J. Miller, et al v Juarez Cartel*, Civil Action No 1:20-cv-132; United States District Court for the District of North Dakota, by and through their attorney, Michael Elsner at Motley Rice LLC, have filed a claim to the above-identified assets.

2. In total, the Claimants have filed approximately 700 claims in the nonjudicial civil forfeiture proceedings initiated by the Drug Enforcement Administration

1

and Customs and Border Protection, including the assets identified above. The claims have been, or are in the process of being, referred to United States Attorney's Offices across the country.

    3.    Pursuant to 18 U.S.C. § 983(a)(3)(A) and (B), the United States has 90 days from its receipt of a claim, in this case January 25th, 2024 and February 3rd, 3024 respectively, to initiate a judicial forfeiture proceeding against the identified assets.

    4.    Pursuant to 18 U.S.C. § 983(a)(3)(A), a court in the district in which the complaint will be filed may extend this deadline for good cause shown or upon agreement of the parties.

    5.    As provided in 18 U.S.C. § 983(a)(3)(A), the Claimants and the United States have agreed to extend the time within which the United States may file a judicial action for forfeiture against the properties to give the parties sufficient time to try to resolve these matters before the United States files or declines to file any such a judicial forfeiture action. Specifically, the Claimants and the United States agree to extend the deadline by which the United States may timely file a judicial forfeiture against the properties until February 29, 2024.

    WHEREFORE, the United States respectfully requests that the time in which the United States is required to file a Complaint against the subject assets is extended to February 29, 2024.

DATED this 19th day of December, 2023.

                      COLE FINEGAN
                      United States Attorney

By: *s/ Tonya S. Andrews*
     Tonya S. Andrews
     Assistant United States Attorney
     United States Attorney's Office
     1801 California Street, Ste. 1600
     Denver, CO 80202
     303-454-0100
     tonya.andrews@usdoj.gov
     *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2023, a true copy of the foregoing was mailed via regular and certified mail to:

Michael Elsner
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
melsner@motleyrice.com
**Cert # 7021 0350 0002 0598 0774**

s/ *Charisha Cruz*
Paralegal Specialist
U.S. Attorney's Office